**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARK KENDUS and KEITH KENDUS,

        Plaintiffs,

v.                                              Case No:  6:20-cv-432-Orl-78DCI

USPACK SERVICES LLC and US
PACK MED LLC,

        Defendants.

---

## ORDER

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. 73), filed December 17, 2020. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on December 18, 2020.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record